El Pueblo de Puerto Rico, demandante y apelado, *v.* Nicolás Acevedo Viera, acusado y apelante.

No. 5126.—*Sometido:* Junio 20, 1933. *Resuelto:* Junio 24, 1933.

*García Méndez & García Méndez,* abogados del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

El Juez Presidente Señor del Toro, emitió la opinión del tribunal.

El Fiscal del Distrito de Aguadilla acusó a Nicolás Acevedo Viera de la portación de un cuchillo, arma prohibida. La prueba de cargo tiende a demostrar que el acusado fué sorprendido por la policía montado en una yegua conduciendo ron acompañado de otra persona que iba a pie, que el acusado se dió a la fuga y que registrada su cabalgadura se encontró el cuchillo que se ocupó y se presentó en el juicio debajo de la pelliza, y la de descargo a establecer que el acusado en el momento en que se dice que fué sorprendido por la policía, se encontraba en sitio distinto realizando un negocio. Se estipuló por las partes que al declarar los testigos de cargo "no determinaron de cuál de los dos acusados era el cuchillo."

La corte condenó a Acevedo y éste apeló. Señala en su alegato dos errores que se refieren a la apreciación de la prueba. No existen a nuestro juicio. No era necesario demostrar que el cuchillo era del o pertenecía al acusado. Bastaba probar que el acusado lo portaba. Y a este respecto es suficiente la evidencia de haberlo encontrado bajo

la pelliza de la yegua que montaba y abandonó precipitadamente al ser sorprendido por la policía.

*Debe confirmarse la sentencia recurrida.*